CREDITOR MATRIX

Mei X. Chou
1400 E. 32nd Street
Oakland, CA. 94602

County of Alameda
Office of Tax Collector
1221 Oak Street, Rm. 131
Oakland, CA. 94612

Moilan Manning
Steve L. Huynh, Attorney
Great Oaks Lawyers
22 Great Oaks Blvd., Suite 245
San Jose, Calif. 95119

Internal Revenue Service
Post Office Box 7704
San Francisco, CA. 94120-7704

Citibank Credit Services
Acct. 40023973700
Post Ofc. Box 6201
Sioux Falls, So. Dakota 57117

East Bay Muni. Utility District
Acct. 18615900526
375 11th Street
Oakland, CA. 94607

Answer to Complaint - 2