```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                        Case No. 17-43090-WJL
Ping Hong Liang                                               Chapter 13
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0971-4          User: twashingt          Page 1 of 1          Date Rcvd: Dec 15, 2017
                              Form ID: OFRDI           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db             +Ping Hong Liang,    2140 27th Avenue,    Oakland, CA 94601-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                             TOTAL: 2

Form OFRDI

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Ping Hong Liang<br>dba Buildwell Construction Company<br>Debtor(s) | Case No.: 17–43090 WJL 13<br>Chapter: 13 |

## ORDER FOR INDIVIDUALS IN CHAPTER 13 CASE TO
## FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☑ Schedule A/B: Property (Official Form 106A/B)
- ☑ Schedule C: The Property You Claim as Exempt (Official Form 106C)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
- ☑ Schedule H: Your Codebtors (Official Form 106H)
- ☑ Schedule I: Your Income (Official Form 106I)
- ☑ Schedule J: Your Expenses (Official Form 106J)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C–1)
- ☑ Chapter 13 Calculation of Your Disposable Income (122C–2)
- ☑ Chapter 13 Plan

IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

IT IS FURTHER ORDERED the debtor(s) must provide payment advices directly to the trustee at least 7 days prior to the first date set for the meeting of creditors under 11 U.S.C. § 341. The debtor(s) is referred to the court's website for further details: http://www.canb.uscourts.gov/order/amended–general–order–no–32–payment–advices. 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1), (c).

Clerk, U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

Dated: 12/15/17          By the Court:

                                                       William J. Lafferty
                                                       United States Bankruptcy Judge